IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JEANETTE PAYNE, Defendant. | CR-14-20-GF-BMM ORDER |
|---|---|

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that the warrant for Jeanette Payne is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a summons for the appearance of Ms. Payne on, **June 12, 2018 at 10:00 a.m.** before Magistrate Judge John Johnston.

DATED this 31st day of May, 2018.

Brian Morris
United States District Court Judge