IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED

AUG 21 2020

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 14-20-GF-SPW-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |
| JEANETTE PAYNE, | |
| Defendant. | |

After a final revocation hearing on the instant petition (Doc. 83), United States Magistrate Judge John Johnston filed Findings and Recommendations on August 12, 2020. (Doc. 85). The Magistrate recommended the Court revoke the Defendant's supervised release and commit her to the custody of the Bureau of Prisons for a term of five (5) months, with no supervised release to follow. (Id. at 4).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendations. Defendant Payne waived her right to file objections. When neither party objects, this Court reviews the Magistrate's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus.*

1

*Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 85) are ADOPTED IN FULL. The Court's judgment shall follow.

DATED this 21st day of August, 2020.

                                                            _____
                                                            SUSAN P. WATTERS
                                                            United States District Judge